IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MAURICE BARZE,

Defendant.

**Case No.:** CR 4:26–00156 AMO

[~~PROPOSED~~] **ORDER TO CONTINUE STATUS CONFERENCE, SET FOR CHANGE OF PLEA, AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT TO JULY 6, 2026 AS MODIFIED**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status hearing for defendant Maurice Barze scheduled for June 29, 2026, before Hon. Araceli Martinez-Olguin, be continued to July **6**, 2026, at 2:00 PM. for CHANGE OF PLEA.

IT IS FURTHER ORDERED that the time until July 6, 2026, be hereby excluded from the Speedy Trial Act, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation taking into account due diligence. The Court finds good cause for the filing of this stipulation fewer than 7 days before the hearing and that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial.

**IT IS SO ORDERED.**

Dated:        6/26/2026

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

[~~PROPOSED~~] ORDER RE: STATUS TO 7/6//26
*BARZE*, CR 4:26–00156 AMO

1